UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22157-CIV-GOLD/McALILEY

ATN INDUSTRIES, INC., a Florida
Corporation,

    Plaintiff,

vs.

FLOWSERVE CORPORATION, a
New York Corporation, FLOWSERVE
DE VENEZUELA, S.A., a Venezuelan
Corporation, and ARGO INTERNATIONAL
CORPORATION, a Delaware Corporation

    Defendants.

## JOINT STATUS REPORT

Plaintiff, ATN Industries, Inc. ("Plaintiff") and Defendants, Flowserve Corporation and Flowserve de Venezuela, S.A. ("Defendants"), with the approval of defendant Argo International Corporation, hereby provide a status update of the present case.

1.    On June 8, 2009, the Court entered, at the joint request of the parties, its Order Staying Proceedings (the "Order"), staying the present case until October 1, 2009, to allow the parties time to attempt to resolve the present dispute. In its Order, the Court stated that "either party may move to reopen this case at the conclusion of the stay." *See* Order at 3.

2.    None of the parties has moved to reopen the case. The parties continue to engage in the previously described effort to resolve the present case without proceeding to trial.

3.    This effort is ongoing but has been delayed due to issues that may or may not impact final resolution of this matter. Plaintiff and Defendants remain hopeful that the matter

still will be resolved amicably. The parties file this status report to update the Court on recent events.

4. Accordingly, the parties respectfully request that the Court maintain the action in its current suspended state, pending further notice from the parties.

Respectfully submitted this 18th day of December, 2009.

| | |
|---|---|
| **HOGAN & HARTSON LLP** | **K&L GATES LLP** |
| Attorneys for Plaintiff, ATN Industries, Inc. | Attorneys for Defendants, Flowserve Corporation and Flowserve de Venezuela, S.A. |
| 1111 Brickell Avenue, Suite 1900<br>Miami, Florida 33131<br>Tel: (305) 459-6500<br>Fax: (305) 459-6550 | Wachovia Financial Center, Suite 3900<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: (305) 539-3300<br>Fax: (305) 358-7095 |
| By:  /s/ Alvin F. Lindsay<br>Alvin F. Lindsay<br>Florida Bar No. 939056<br>aflindsay@hhlaw.com<br>Richard C. Lorenzo<br>Florida Bar No. 071412<br>Rlorenzo@hhlaw.com<br>Jonathan S. Torrens<br>Florida Bar No. 27155<br>jstorrens@hhlaw.com | By:  /s/ Jeffrey T. Kucera<br>Jeffrey T. Kucera<br>Florida Bar No. 0068233<br>jeffrey.kucera@klgates.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Alvin F. Lindsay

## SERVICE LIST
### ATN INDUSTRIES, INC. v. FLOWSERVE CORPORATION, et al.
### CASE NO. 08-22157-CIV-GOLD/MCALILEY
### United States District Court, Southern District of Florida

Alvin F. Lindsay
Florida Bar No. 939056
aflindsay@hhlaw.com
Richard C. Lorenzo
Florida Bar No. 071412
rlorenzo@hhlaw.com
Jonathan S. Torrens
Florida Bar No. 27155
jstorrens@hhlaw.com
HOGAN & HARTSON LLP
Mellon Financial Center, Suite 1900
1111 Brickell Avenue
Miami, FL 33131
Telephone:    (305) 459-6500
Facsimile:    (305) 459-6550
*Counsel for Plaintiff, ATN Industries, Inc.*


Jonathan Etra
Florida Bar No. 0686905
jetra@ferrellworldwide.com
FERRELL LAW, ATA.
201 South Biscayne Blvd..
34th Floor
Miami, FL 33131
Telephone:    (305) 371-8585
Facsimile:    (305) 416-6309
*Counsel for Defendant*
*Argo International Corporation*

Jeffrey T. Kucera
Florida Bar No. 0068233
jeffrey.kucera@klgates.com
K&L GATES LLP
Wachovia Financial Center
200 S. Biscayne Blvd.., Suite 3900
Miami, FL  33131
Telephone:    (305) 539-3300
Facsimile:    (305) 358-7095
*Counsel for Defendants*
*Flowserve Corporation and*
*Flowserve de Venezuela S.A.*


Steven J. Cohen, Esq.
(admitted pro hac vice)
cohen@wmllatcom
WACHTEL & MASYR, LLP
110 East 59th Street
New York, NY  10022
Telephone:    (212) 909-9500
Facsimile:    (212) 909-9490
*Counsel for Defendant*
*Argo International Corporation*